# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MIKHAEL BOYADJIAN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **2:04CR00197-01**<br><br>Mark Reichel, AFD<br>Defendant's Attorney |



SEP - 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): 9 of the Superseding Indictment .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 1343 | Wire Fraud | 07/09/1998 | 9 |

The defendant is sentenced as provided in pages 2 through 10 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔] Count(s) 1-8, 10-12, 13-29 of the Superseding Indictment are dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[✔] Appeal rights given.        [✔] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

08/22/2005
Date of Imposition of Judgment

Signature of Judicial Officer

**FRANK C. DAMRELL, JR.**, United States District Judge
Name & Title of Judicial Officer

September 8, 2005
Date

CASE NUMBER: 2:04CR00197-01     Judgment - Page 2 of 10
DEFENDANT: MIKHAEL BOYADJIAN

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 months.

[✔] The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

                                                    UNITED STATES MARSHAL

                                      By _____
                                                     Deputy U.S. Marshal

CASE NUMBER: 2:04CR00197-01  
DEFENDANT: MIKHAEL BOYADJIAN

Judgment - Page 3 of 10

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months (unsupervised if deported).

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✔]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release

| | | |
|---|---|---|
| CASE NUMBER: | 2:04CR00197-01 | Judgment - Page 4 of 10 |
| DEFENDANT: | MIKHAEL BOYADJIAN | |

## SPECIAL CONDITIONS OF SUPERVISION

1. Pursuant to 18 U.S.C. 3583(d)(3), upon completion of the term of imprisonment, the defendant is to be surrendered to a duly authorized Immigration official for deportation proceeding in accordance with the established procedures provided by the Immigration and Nationality Act. If ordered deported, during the term of supervised release, the defendant shall remain outside the United States and shall not re-enter the United States without the consent of the Attorney General or the Secretary of the Department of Homeland Security of the United States.

   Upon any re-entry, lawful or unlawful, into the United States, the defendant shall report in person to the United States Probation Office in the Eastern District of California within 72 hours.

2. The defendant shall submit to the collection of DNA as directed by the probation officer.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties

CASE NUMBER:    2:04CR00197-01  Judgment - Page 5 of 10
DEFENDANT:      MIKHAEL BOYADJIAN

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ | $ 3,317,377.38 |

[ ] The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[✔] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| *SEE ATTACHED LIST AS PAGES 7 THROUGH 10 | | | |
| TOTALS: | $ 3,317,377.38 | $ 3,317,377.38 | |

[ ] Restitution amount ordered pursuant to plea agreement $ __

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[✔] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[✔] The interest requirement is waived for the    [ ] fine    [✔] restitution

[ ] The interest requirement for the    [ ] fine  [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of Payments

CASE NUMBER:     2:04CR00197-01                                    Judgment - Page 6 of 10
DEFENDANT:       MIKHAEL BOYADJIAN

## SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  [ ]  Lump sum payment of $ __ due immediately, balance due

    [ ]  not later than __ , or
    [ ]  in accordance with    [ ] C,   [ ] D,   [ ] E, or    [ ] F below; or

B  [✓]  Payment to begin immediately (may be combined with   [ ] C,   [ ] D, or [ ] F below); or

C  [ ]  Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D  [ ]  Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  [ ]  Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  [ ]  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Mikhael BOYADJIAN
Dkt. No. 2:04CR00197-01

| Name | Adress | City | ST | Zip | Telephone | EXT | Contact | Loss |
|---|---|---|---|---|---|---|---|---|
| 724 Freight Sales | P.O. Box 3981 | MODESTO | CA | 95352 | | | | $ 4,350.00 |
| A&J CHEESE | | | | | | | | $ 166,745.83 |
| A.G.BEVERAGE | 7031 CAHILL ROAD | EDINA | MN | 55439 | (612) 944-1143 | | DWIGHT BONEWELL | $ 5,500.00 |
| AFFILIATED RICE MILLING | P.O. BOX 1446 | ALVIN | TX | 77512 | | | DEBBIE BROUILLARD / JACKIE KNIPPEL | $ 18,937.80 |
| ALMAGAMATED SUGAR | PO BOX 1520 | OGDEN | UT | 84402 | (801) 399-3431 | | BRENT PEHRSON | $ 25,895.52 |
| AMERICAN RECOVERIES RE: CITRUS WORLD PO BOX 1111 LAKE WALES, FL 33859-1111 | PO BOX 574227 | ORLANDO | FL | 32857 | (407) 382-8880 | | TOM BLAND (AMERICAN RECOVERIES) OR FAYE HARRIS (CITRUS WORLD) | $ 13,433.94 |
| AMIGOS CANNING COMPANY | PO BOX 37347 | SAN ANTONIO | TX | 78237 | (800) 580-3477 | | JOE MANGUS OR DONNA WILSON | $ 22,000.00 |
| ANTHONY FOODS LLC | 1200 S MAIN | ANTHONY | TX | 79821 | (888) 276-4216 | 6325 | SUSIE SMITH / BOB MEYER X6388 | $ 14,616.00 |
| ATLANTIS PLASTICS | 4920 SOUTH 48 WEST AVENUE | TULSA | OK | | | | | $ 10,444.80 |
| AURORA FOODS | 445 HUTCHINSON AVENUE | COLUMBUS | OH | 43235 | | | | $ 42,312.72 |
| B&E | 3100 PRODUCE ROAD | HOUSTON | TX | 77023 | (800) 856-3851 | | ED BEARDEN | $ 6,000.00 |
| BEAUMONT RICE MILLS INC | | BEAUMONT | TX | | | | | $ 23,562.00 |
| BERICKISER CONSUMER PRODUCTS | | | | | | | | $ 10,619.40 |
| BIC | | | | | | | | $ 12,117.72 |
| BORDER FOODS | | DEMING | NM | | | | | $ 29,274.00 |
| CALIFORNIA HEALTHY HARVEST | | EMPIRE | CA | | | | | $ 6,300.00 |
| CANDLE CORP OF AMERICA | 999 E TOUHY AVENUE | DES PLAINES | IL | 60018 | (800) 669-6699 | 1285 | BOB HENEK | $ 8,300.00 |
| CAPITAL COORS COMPANY | | WEST SACRAMENTO | CA | | | | | $ 13,770.00 |
| CENTRAL BEAN | 815 E STREET SW PO BOX 215 | QUINCY | WA | 98848 | (509) 787-1544 | | JANICE DRAKE OR TOM GRABB - MANAGER | $ 13,050.00 |
| CHICKEN OF THE SEA | 4510 EXECUTIVE DR. STE 300 | SAN DIEGO | CA | | (619) 597-4527 | | PAT GIRARD | $ 25,320.00 |
| CIGARCEST | 6361 YARROW DRIVE, SUITE B | CARLSBAD | CA | 92009 | | | | $ 1,187.52 |
| CLIFFSTAR CORPORATION | 1 CLIFFSTAR AVENUE | DUNKIRK | NY | 14048 | (716) 366-6100 | 273 | STEVE NIKITAS | $ 7,535.00 |
| COLUMBIA BEAN & PRODUCE | | | | | | | | $ 40,059.00 |
| CONSOLIDATED FREIGHTWAYS | P.O. BOX 4488 | PORTLAND | OR | 97208 | | | | $ 6,814.87 |
| CONTINENTAL VITAMIN COMPANY | 4510 SOUTH BOYLE AVENUE | LOS ANGELES | CA | 90058 | | | | $ 4,938.60 |
| COSTA MACARONI MFG COMPANY | | LOS ANGELES | CA | | | | | $ 3,237.47 |
| DART CONTAINER CORP | | | | | | | | $ 8,900.60 |
| DOT FOODS | HWY 99 | MT. STERLING | IL | 62353 | (800)366-3687 / 217-773-4411 | 2406 | HAL BROADWATER | $ 18,088.57 |
| DOUBLE D TRUCKING | | | PA | | (717) 944-2373 | | DON CIORCIARI | $ 28,500.00 |
| DRYPERS CORPORATION | 5300 MEMORIAL SUITE 900 | HOUSTON | TX | 77007 | (713) 803-5524 | | GINGER SPELDING | $ 17,203.20 |
| DUNN & BRADSTREET COLLECTIONS RE: COSMOS INTERNATIONAL 14515 E DON JULIAN CITY OF INDUSTRY, CA 626/330-8499 | P.O. BOX 318023 | INDEPENDENCE | OH | 44131 | (800) 666-6994 | 1845 | GAIL BARBER 137180543 | $ 23,976.00 |
| EL TORO | 4140 JADE STREET | CAPITOLA | CA | 95010 | | | | $ 25,470.00 |
| ENGLE FOOD PRODUCTS | | | | | (415) 643-7524 | | ISSAC | |
| FALCON RICE MILL | | CROWLEY | LA | | | | | $ 7,920.00 |
| FOSTER FARMS DAIRY | 1707 McHENRY | MODESTO | CA | | | | | $ 72,639.00 |
| FRITO LAY | 5080 SPECTRUM DRIVE | DALLAS | TX | 75248 | (800) 692-2477 | 7489 | MELISSA MCKIE | $ 113,251.19 |
| GENERAL MOTORS | 2527 CAMINO RAMONE, SUITE 350 | SAN RAMON | CA | 94583 | (925) 358-4606 | | TERRY SCOTT | $ 46,627.91 |

JIAN
00197-01

| | Adress | City | ST | Zip | Telephone | EXT | Contact | Loss |
|---|---|---|---|---|---|---|---|---|
| | 1326 W. HERNDON AVENUE, SUITE 101 | FRESNO | CA | 93711 | | | | $ 8,750.00 |
| COMPANY | | GLENDALE | CA | | | | | $ 2,200.00 |
| | 10 GUITTARD ROAD | BURLINGAME | CA | 94010 | 800468-2462 | 263 | DAN CLINARD | $ 12,726.24 |
| | 950 ECCO LANE SUITE 100 | HOUSTON | TX | 77024 | (713) 464-0606 | | CHRISTIAN BRENCKMANN OR BILL SMITH (CONTROLLER) | $ 20,047.50 |
| Y | | CORONA | CA | | | | | $ 37,000.00 |
| | 150 S WACKER DRIVE, SUITE 3200 | CHICAGO | IL | 60606 | (312) 795-1826 | | MARIE POLETTO | $ 18,800.00 |
| | 100 CYSTAL A DRIVE | HERSHEY | PA | 17033 | (717) 534-5508 | | BECKY FIRESTONE OR SHIRLEY WENSEL | $ 38,816.96 |
| | 120 14TH STREET | SAN FRANCISCO | CA | 94103 | | | | $ 22,223.67 |
| | | HONEYVILLE | UT | | | | | $ 49,383.00 |
| | | | | | | | | $ 2,505.00 |
| | 345 PLATO BLVD EAST | ST. PAUL | MN | 55107 | (800) 752-5256 | 7585 | PATTY BORDEN | $ 26,200.01 |
| | 231 SANSOME STREET, SUITE 300 | SAN FRANCISCO | CA | 94104 | (415) 765-5923 | | FRED MCNEAR | $ 13,597.50 |
| AL FOODS | 16924 MARQUARDT ST. | CERRITOS | CA | 90703 | | | | $ 12,960.00 |
| | 8016 HWY. 90A | SUGAR LAND | TX | 77487 | | | | $ 8,784.00 |
| | 11415 CEDAR OAK DRIVE | EL PASO | TX | 79936 | (915) 590-5914 | | ALANZO ECHEVARRIA | $ 10,473.12 |
| E RE: SNOKIST KIMA, WA 98907 | 3150 RICHARDS ROAD, SUITE 102 | BELLEBUE | WA | 98005 | (709) 763-4217 | | STEVE SHAW (PLEASE CONTACT INDUSTRIAL CREDIT INSTEAD OF SNOKIST) | $ 17,640.01 |
| | 2 INGRAM BLVD | LAVERGNE | TN | 37089 | (800) 759-5000 | 4408 | SHERRY GATLIN (LEGAL DEPT OF INGRAM) | $ 136,590.28 |
| | 30525 HUNTWOOD AVE | HAYWARD | CA | 94544 | (510) 429-7110 | | BRIAN LEE (SF REPRESENTATIVE) | |
| | 115 E. PIONEER | PHOENIX | AZ | | | | | $ 5,040.00 |
| | 2610 CROW CANYON ROAD, SUITE 100 | SAN RAMON | CA | 94583 | | | | $ 45,000.00 |
| | P.O. BOX 261 | W. CHICAGO | IL | 60186 | | | | $ 49,848.00 |
| | 1414 HOMESTEAD ROAD NORTH | LEE HIGH ACRES | FL | 33936 | (800) 950-5047 | | RAYMOND (SHIP FROM NJ - CA - BILLED NOT PAID HAS RECORDS) | $ 3,000.00 |
| | 855 RAW WAY AVENUE | UNION | NJ | 07083 | (908) 688-6111 | | FERNANDO PORRAS | $ 16,000.00 |
| | 677 MARCH AVENUE | ELM HURST | IL | 60126 | (630) 782-2616 | | KEN LAVIOLA / LINDA MELLIGAN | $ 79,793.28 |
| | 343 STATE STREET | ROCHESTER | NY | 14650 | (716) 724-0578 | | CINDY STANEK | $ 73,320.00 |
| | | SOUTH ELMONTE | CA | | | | | $ 20,000.00 |
| | 13225 LAKEWOOD HEIGHTS BLVD | CLEVELAND | OH | 44107 | | | | $ 30,197.00 |
| | | ASHLAND | OH | | | | | $ 3,709.44 |
| | | LOS ANGELES | CA | | | | | $ 7,920.00 |
| TS INC | 1201 CONTENINAL PLACE NE | CEDAR RAPIDS | IOWA | 52402 | (319) 393-0454 | | SCOTT YODER | $ 12,240.90 |
| | | HUNTINGTON | NY | | | | | $ 4,725.25 |
| | ST. JUDE INDUSTRIAL PARK | MARSTON | MO | | (573) 643-2241 | 246 | CHARLOTTE STAFFORD | $ 18,864.60 |
| INC. | 1677 PASEO ENCINAL DRIVE | EAGLE PASS | TX | 78852 | | | | $ 2,280.00 |
| MPANY | | | | | | | | $ 14,175.00 |

Page 8 of 10

Mikhael BOYADJIAN
Dkt. No. 2:04CR00197-01

| Name | Adress | City | ST | Zip | Telephone | EXT | Contact | Loss |
|---|---|---|---|---|---|---|---|---|
| MARKSTEIN BEVERAGE | 60 MAIN STREET | SACRAMENTO | CA | 95838 | | | | $ 21,147.76 |
| MARTINELLI & COMPANY | | | | | | | | $ 9,415.68 |
| MARUCHAM INC | 15800 LAGUNA CANYON ROAD | IRVINE | CA | 92618 | | | | $ 17,376.00 |
| MCILHENNY COMPANY | HWY 329 | AVERY ISLAND | LA | 70513 | (318) 373-6121 | | DARLENE DAUTERIVE | $ 12,690.00 |
| MCNAMARA ASSOCIATES | PO BOX 1147 | SAN BRUNO | CA | 94066 | (800) 995-0430 | | KEITH MCNAMARA | $ 14,175.00 |
| MESA BEVERAGE CO, INC | 8870 LIQUID CT | SAN DIEGO | CA | 92121 | (619) 452-5907 | | JACK STUDEBAKER | $ 15,666.00 |
| MID CONTENT ADJUSTMENT RE: GENERAL W | 1941 BISHOP LANE | LOUISVILLE | KY | 40218 | (800) 374-3333 | | DAVE SHELDMAN (REP: GENERAL WAX AND CANDLE) | $ 9,940.00 |
| MIDLAND BEAN COMPANY / SHAW BROKERAGE COMPANY 30623 N 41ST WAY CAVE CREEK, AZ 602/585-6200 | 489 W HIGHWAY 666 | DOVE CREEK | CO | 81324 | (970) 677-2216 | | ROB TANNER, PRES (HE DEALT WITH A BROKER FROM AZ: DON SHAW) | $ 27,720.00 |
| MILLERS HONEY | 540 N. GOLDEN CIRCLE, SUITE 201 | SANTA ANA | CA | 92705 | | | | $ 23,469.15 |
| MONARCH NUT COMPANY | 786 ROAD 188 | DELANO | CA | 93215 | | | | $ 20,350.00 |
| MORRESON FARMS | RR1 BOX 50 A | CLEARWATER | NE | 68726 | (402) 887-5335 | | JIM ASMUSSAN | $ 15,000.00 |
| NABISCO | 50 NEW COMMERCE BLVD | WILKES-BARRE | PA | 18762 | (717) 820-1399 | | JOANN DUDECK - CREDIT REP. | $ 49,518.60 |
| NEW JAMICAN GOLD INC | | HAYWARD | CA | | | | | $ 10,000.00 |
| NEW YORK LIGHTER CORP | | | | | | | | $ 30,000.00 |
| NOR-CAL BEVERAGE COMPANY | 2286 STONE BLVD | WEST SACRAMENTO | CA | | | | | $ 21,094.90 |
| NORPAC SERVICES | 930 WEST WASHINGTON ST | STAYTON | OR | 97383 | | | CAMILLE GONZALEZ | $ 12,114.37 |
| NORTH AMERICAN SEASONINGS - OUT OF BUSINESS | | PORTLAND | OR | | | | | $ 6,980.00 |
| OCEAN POTION SUN AND SKIN CARE | 3270 SUNTREE BLVD. BLDG. 2 | MELBOURNE | FL | 32940 | | | | $ 11,656.80 |
| OCEAN SPRAY | 1 OCEAN SPRAY DRIVE | LAKEVILLE - MIDDLEBORO | MA | 2349 | (508) 946-7587 | | CINDY DEAT | $ 12,571.00 |
| PACIFIC FOODS | 21612 88TH AVENUE SOUTH | KENT | WA | 98031 | (800) 347-9444 | 9277 | CARRIE ROBERSON OR CAROLYN REYBACK | $ 12,000.00 |
| PACIFIC SPICE | 722 STANFORD AVENUE | LOS ANGELES | CA | 90021 | | | | $ 7,725.42 |
| PAGENET | 1425 RIVER PARK DRIVE | SACRAMENTO | CA | 95815 | | | | $ 810.31 |
| PASTA USA | 3405 E BISMARK CT | SPOKANE | WA | 99207 | (509) 489-7219 | | RICHARD CLEMSON | $ 17,000.00 |
| PEPSI CORPORATION | 1100 REYNOLDS BLVD. | WINSTOM SALEM | NC | 27102 | (800) 789-2626 | 5702 | KELLY FLYNT ACC 2688143 PAM DANBOYS 336/896-5657 | $ 124,873.64 |
| PFIZER INC | 235 EAST 42ND STREET | NEW YORK | NY | 10017 | | | | $ 12,685.20 |
| PRODUCERS RICE MILL / RICELAND FOODS | | STUTTGART | AR | | | | | $ 10,391.18 |
| RAY AND SON FREIGHT | 22001 E. COPPEROPOLIS | LINDEN | CA | 95236 | | | | $ 8,100.00 |
| SACCANI DISTRIBUTING | 2600 5TH | SACRAMENTO | CA | | | | | $ 118,281.00 |
| SACRAMENTO COCA COLA COMPANY | 4101 GATEWAY PARK BLVD. | SACRAMENTO | CA | 95834 | | | | $ 125,000.00 |
| SAVAL FOODS | 6740 DORSEY ROAD | BALTIMORE | MD | 21227 | (800) 527-2825 | | JIM VOGTMAN | $ 25,000.00 |
| SEVEN-UP COMPANY | 2670 LAND AVE | SACRAMENTO | CA | 95815 | | | | $ 21,049.42 |
| SHAMROCK TRANSPORTATION INC. | 1450 TOLLHOUSE ROAD, SUITE 105 | CLOVIS | CA | 93611 | | | | $ 61,000.00 |
| SMART AND FINAL | 317 S. BRAND DRIVE | GLENDALE | CA | 91204 | | | | $ 29,000.00 |
| SNAK KING | 16150 E STEPHENS ST | CITY OF INDUSTRY | CA | | | | | $ 9,172.60 |
| SOUTHSIDE BEAN COMPANY | | TWIN FALLS | ID | | (800) 959-1376 | | JIM SORAN | |
| SPECIALTY RICE MARKETING | 1000 W. FIRST ST | BRINKLEY | AR | 72021 | | | | $ 10,778.00 |
| STANBACK COMPANY | P.O. BOX 1669 | SALISBURY | NC | 281 | | | | $ 5,038.20 |
| STI INTERNATIONAL INC | | SAN CARLOS | CA | | | | | $ 75,000.00 |

Page 9 of 10

Mikhael BOYADJIAN
Dkt. No. 2:04CR00197-01

| Name | Adress | City | ST | Zip | Telephone | EXT | Contact | Loss |
|---|---|---|---|---|---|---|---|---|
| STOUFFER BISCUIT | CITY FRONT TERRACE 409 500 WEST HARBOR DRIVE | SAN DIEGO | CA | 92101 | (619) 237-5464 | | CHRISTOPHER PAPA | $ 17,297.90 |
| SUN HARVEST FOODS INC. | 3055 BEYER BLVD. C-101 | SAN DIEGO | CA | 92154 | | | | $ 63,073.92 |
| SUNKIST | 40115 COUNTY ROAD 54 EAST | ZEPHYR HILLS | FL | 33540 | (888) 863-6726 | | GARY WILLIAMS (DIR. CREDIT) OR JIM GORSLENE | $ 14,075.04 |
| SUPERIOR COFFEE | 20389 CORSAIR BLVD | HAYWARD | CA | 94545 | (510) 475-8600 | | SUE MOORE - CREDIT MANAGER / RICH MCCANDLESS - SALES | $ 29,503.20 |
| THE RICE COMPANY | 1624 SANTA CLARA STREET, SUITE 110 | SACRAMENTO | CA | 95661 | | | | $ 23,850.00 |
| THE WASSER STROM COMPANY | 477 S FRONT STREET | COLUMBUS | OH | 43215 | (800) 999-9277 | 8109 | DAN MILLER - CREDIT MANAGER | $ 90,639.34 |
| TRAFFIC MANAGEMENT | | | | | (612) 726-9559 | | DAWN (RECEIVED CK FOR 1,100 NO SIGNATURE) | $ 1,100.00 |
| TRI STAR CORPORATION | 12500 SAN PEDRO, SUITE 500 | SAN ANTONIO | TX | 78216 | | | PETER LINDNER | $ 79,000.00 |
| TROLLI INC. | 7951 S.W. 6TH STREET SUITE 300 | PLANTATION | FL | 33324 | | | | $ 10,902.60 |
| UNITED SALT CORPORATION | | | | | | | | $ 10,901.52 |
| UNLIMITED NUTRITION | 3 TERMINAL ROAD | NEW BRUNSWICK | NJ | 08901 | (800) 872-0101 | 208 | JEFF RHODES | $ 7,646.40 |
| UPTIME VITAMINS | P.O. BOX 90659 | SANTA BARBARA | CA | 93190 | | | | $ 3,349.25 |
| US COLD STORAGE | 3100 52ND AVENUE | SACRAMENTO | CA | | | | | $ 1,663.72 |
| VSA INC | 41460 CHRISTY STREET | FREEMONT | CA | 94538 | (800) 289-8331 | | MATTHEW MCINERNY | $ 146,818.61 |
| WD 40 | 1061 CUDAHY PLACE | SAN DIEGO | CA | 92110 | | | | $ 4,334.40 |
| WEIDERS NUTRITION | | | | | | | | $ 11,294.40 |
| WINCUP | 7980 W BUCKEYE ROAD | PHOENIX | AZ | 85043 | (800) 292-2877 | 3255 | ANN BLISS | $ 20,427.43 |
| WOODLAND FOODS | 2011 SWANSON COURT | GURNEC | IL | 60031 | (847) 625-8600 | | GEORGE TUCKER | $ 44,000.00 |

TOTAL     $3,317,377.38

Page 10 of 10