IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-04-197 FCD GGH P

    vs.

MIKHAEL BOYADJIAN,

    Movant.                <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

    The court served an order on movant's address of record on February 13, 2007. The order was returned by the postal service as undeliverable. It appears that movant has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

    Accordingly, IT IS HEREBY RECOMMENDED that:

    1. Movant's § 2255 motion be dismissed for movant's failure to keep the court apprised of his current address (<u>see</u> Local Rules 83-182(f) and 11-110); and

    2. The Clerk of the Court be directed to close the companion civil case No. CIV S-06-570.

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within

1  twenty days after being served with these findings and recommendations, plaintiff may file
2  written objections with the court.  The document should be captioned "Objections to Magistrate
3  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
4  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
5  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

6  DATED: 3/20/07                                      /s/ Gregory G. Hollows
7                                                      _____
                                                       UNITED STATES MAGISTRATE JUDGE

9  boy197.fr